## ORDER

Let the Writ Issue.

DATED: *March 4, 2026*

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Morris County Correctional Facility:

WE COMMAND YOU that you have the body of

Jose Hernandez, FBI: 885347RA4

in the custody of the Morris County Correctional Facility be brought at the United States District Court, in Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J., on **March 26, 2026, at 11:00 a.m.**, for a sentencing hearing in the above-captioned case.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: March 4, 2026

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

*UNITED STATES V. JOSE HERNANDEZ, Crim. No. 22-847 (SDW)*

### PETITION  FOR
### WRIT  OF  HABEAS  CORPUS

**(X) Ad Prosequendum**                    ( ) Ad Testificandum

1.   Jose Hernandez, FBI: 885347RA4 (hereinafter the "Detainee") is now confined at the Morris County Correctional Facility in Morristown, New Jersey.

2.   The Detainee is

charged in this District by: () Indictment        (X) Information        () Complaint
with a violation of 18 U.S.C. §§ 841(a)(1) and (b)(1)(C).

3.   The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4.   The Detainee will be required at the United States District Court, in Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J., on **March 26, 2026, at 11:00 a.m.**, for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.


                                                *s/ Aaron L. Webman*
DATED:    March 3, 2026
                                                _____
                                                Aaron L. Webman
                                                Assistant U.S. Attorney
                                                Petitioner