**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

*UNITED STATES V. JOSE HERNANDEZ, Crim. No. 22-847 (SDW)*

**P E T I T I O N   F O R
W R I T   O F   H A B E A S   C O R P U S**

**(X) Ad Prosequendum**                                    ( ) Ad Testificandum

1.   Jose Hernandez,  FBI: 885347RA4 (hereinafter the "Detainee") is now confined at the Morris County Correctional Facility in Morristown, New Jersey.

2.   The Detainee is

        charged in this District by: () Indictment        (X) Information        () Complaint
        with a violation of 18 U.S.C. §§ 841(a)(1) and (b)(1)(C).

3.   The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4.   The Detainee will be required at the United States District Court, in Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J., on **May 28, 2026, at 11:00 a.m.,** for a sentencing hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

*s/ Aaron L. Webman*

DATED:    March 30, 2026

Aaron L. Webman
Assistant U.S. Attorney
Petitioner

**O R D E R**

Let the Writ Issue.

DATED: March 30, 2026

_____
Hon. Susan D. Wigenton, U.S.D.J.

**W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the Morris County Correctional Facility:

WE COMMAND YOU that you have the body of

Jose Hernandez,  FBI: 885347RA4

in the custody of the Morris County Correctional Facility be brought at the United States District Court, in Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J., on **May 28, 2026, at 11:00 a.m.**, for a sentencing hearing in the above-captioned case.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: March 30 , 2026                    MELISSA E. RHOADS
                                          Clerk of the U.S. District Court
                                          for the District of New Jersey


                                          Per:  ___s/Carmen D. Soto_____
                                                Deputy Clerk